# EXHIBIT 3

**Email of September 28, 2026, from Louie Pereira, Custody Division ADA and Grievance Coordinator, Monterey County Sheriff's Office, to Terrance Walker**

This email is from the Monterey County Sheriff's Office's own Custody Division ADA and Grievance Coordinator, responding to Plaintiff's grievance concerning the ward's September 11–15, 2026 custody.

It confirms on county letterhead: the ward was arrested by the Marina Police Department on September 11, 2026, on charges premised on court orders that had been dismissed; he was released four days later as a 'No File'; and the Coordinator 'do[es] not have a record... establishing an active warrant,' while cautioning that this 'should not be interpreted as an official confirmation that no warrant, detainer, or court order' exists.

The ward's name, appearing throughout the original, has been redacted (black marks) to protect medical privacy; all dates, charges, agencies, and quotations remain unredacted. The unredacted original is in Petitioner's custody and will be produced to the Court on request.

Gmail

Terrance Walker <walkerbillion@gmail.com>

**ADA Complaint Notice, Records Request Routing, and Litigation Hold — [redacted] (previously noticed to your office)**

**ADAHelp** <ADAHelp@countyofmonterey.gov>
To: Terrance Walker <walkerbillion@gmail.com>

Mon, Sep 28, 2026 at 8:05 PM

Mr. Walker,

Regarding [redacted] (2606535) I have reviewed the concerns raised as they relate to the ADA and his period of custody at the Monterey County Jail.

Our records reflect that Mr. [redacted] was arrested by the Marina Police Department on September 11, 2026, with the arresting officer identified as Officer Smith. The listed charges were PC 166(c)(1), Violation of a Protection Order, and PC 166(a)(4), Disobeying a Court Order, both listed as misdemeanor offenses. Mr. [redacted] was subsequently released as a No File release on September 15, 2026.

For questions concerning the basis for the arrest or information maintained by the arresting agency, Marina Police Department may be contacted at 831-884-1210. Questions concerning court proceedings, court orders, or the underlying criminal case should be directed to the appropriate court or legal counsel. The Monterey County Public Defender's Office may be contacted at 831-755-5058.

During his custody, Mr. [redacted] was processed through the established jail procedures intended to provide access to the judicial process and legal counsel. My review for purposes of this ADA grievance was limited to disability-related accommodations, assistance, effective communication, and access to jail programs, services, and activities. I did not identify documentation establishing that Mr. [redacted] was denied a required disability-related accommodation or otherwise denied access to a jail service because of a disability.

Regarding your request that I confirm whether Mr. [redacted] has an active warrant, detainer, or hold, the ADA Coordinator is not the custodian of court, warrant, arrest, or detainer records and does not have authority to make an official determination regarding the existence or legal validity of those records. I do not have a record before me establishing an active warrant; however, that should not be interpreted as an official confirmation that no warrant, detainer, or court order exists.

Likewise, allegations concerning the lawfulness of the arrest or detention, the validity of a warrant or court order, prosecutorial conduct, or claims of false arrest or false imprisonment are outside the scope of an ADA Coordinator's grievance review. This response therefore makes no determination regarding those allegations.

Your correspondence has been treated as an ADA grievance to the extent it alleges disability-related discrimination or denial of accommodation during Mr. [redacted]'s custody. Based upon the records reviewed, I did not identify an ADA accommodation or access violation during this period of incarceration. This determination is limited to the ADA issues within my responsibility and should not be interpreted as a determination regarding the merits of any separate legal claims you have raised

Thank you for bringing your concerns forward.

Respectfully,

Louie Pereira

***Louie Pereira***

***Custody Division ADA and Grievance Coordinator***

***Monterey County Sheriff's Office***

***1414 Natividad Road***

***Salinas, Ca 93906***

***831-755-3743***

***The Monterey County Sheriff's Office*** **shall take the appropriate steps to ensure that communication with applicants, incarcerated persons, participants, and members of the public with disabilities is effective. We shall furnish appropriate auxiliary aids and services where necessary to afford a person with a disability an equal opportunity to participate in our programs and services.**

MONTEREY COUNTY, CALIFORNIA
**SHERIFF'S OFFICE**
Proudly protecting the community since 1850.

***TLO- info-see something /say something***

**CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information ie Law Enforcement Sensitive, Sensitive But Unclassified, For Official Use Only, etc. for use by the designated recipients only. Distribution, reproduction or any other use of the transmission by any party other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender immediately. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the County of Monterey.**

---

**From:** ADAHelp <ADAHelp@countyofmonterey.gov>
**Sent:** Sunday, September 27, 2026 8:43 AM
**To:** Terrance Walker <walkerbillion@gmail.com>
**Subject:** Re: ADA Complaint Notice, Records Request Routing, and Litigation Hold — [redacted] (previously noticed to your office)

[Quoted text hidden]