# EXHIBIT 4

**Email of March 21, 2026, from Alex Cardinale, Monterey County Public Defender, to Terrance Walker**

In this email, appointed counsel Alex Cardinale acknowledges the ward's March 18, 2026 Penal Code § 1370.01 'Return on Assessment,' states that the IST determination 'does obviously inform the full picture,' declines to act ('I'll be standing back and letting that process happen as is ethically appropriate'), and confirms that the misdemeanors 'already have been determined to be IST' with Kelly Duncan identified as counsel on those matters.

The ward's name and the ward's email address, appearing in the original, have been redacted (black marks) to protect medical privacy; all other text, including the quoted language above, remains unredacted. The unredacted original is in Petitioner's custody and will be produced to the Court on request.

Gmail Terrance Walker <walkerbillion@gmail.com>

# Judge Hulsey for March 23, 2026 arraignment for [redacted] - SB27 / 1400 and Cares Act

**Cardinale, W. Alex C.** <CardinaleWA@countyofmonterey.gov> Sat, Mar 21, 2026 at 3:19 AM
To: Terrance Walker <walkerbillion@gmail.com>
Cc: [redacted] <[redacted]>, "McDonald, Christi" <McDonaldC@countyofmonterey.gov>, "MCPD.CARE" <MCPD.CARE@countyofmonterey.gov>

Oh one more point, also my office doesn't represent him in his misdemeanors that already have been determined to be IST and you reference being on 3/18. In those cases he has Kelly Duncan, whom you've been aquatinted with I believe. Your son will need to continue to work with her on those. I believe he has a next date on that 4/15. That IST determination doesn't necessarily determine what the new and different conflict counsel that will be assigned Monday will do with the new felony and misdemeanor cases on then, but it does obviously inform the full picture.

I'll try again here, if anything is left of either of those sets of criminal cases that needs something from CARE court I'll become back involved (as in maybe he's not guilty and it's better for him to beat them at trial and then there's nothing left of them to refer anywhere, maybe he needs another IST evaluation and they decide to proceed that way, etc ). Until then though, conflict counsel will need to determine how they think it's appropriate. I'll be standing back and letting that process happen as is ethically appropreate on cases I don't represent him on. But also a related point is that none of the at least three defense attorneys involved here actually represent you personally or are going to be taking legal direction from an AI bot over our oun concerted legal judgement of each individual situation. You (and your bot) make many good legal points, but your son's situation is complex and each case will need to be given the individual professional attention it deserves, which it will be.

All the best, Alex

Sent via the Samsung Galaxy Z Fold7, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Cardinale, W. Alex C. <CardinaleWA@countyofmonterey.gov>
**Sent:** Friday, March 20, 2026 12:44:12 PM
**To:** Terrance Walker <walkerbillion@gmail.com>
[Quoted text hidden]

[Quoted text hidden]