TERRANCE WALKER, Pro Se / Next Friend for ward A.B.
Unit C1501, Opal Gardens, Street 20, Hiep Binh Chanh Ward
Thu Duc City, Ho Chi Minh City, Vietnam
Telephone: (775) 971-8679 | Email: walkerbillion@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TERRANCE WALKER, individually, and as Next Friend & Statutory Supporter on behalf of A.B.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; CITY OF SEASIDE; CITY OF MARINA; JEANNETTE PACIONI; CHRISTI McDONALD, individually and as Deputy County Counsel; KATY GRANT, as Court Executive Officer; TINA NIETO, as Sheriff-Coroner; RANDY HOPKINS, as Chief of Police, Marina Police Department; NICHOLAS BORGES, as Chief of Police, Seaside Police Department; TARA HIGGINS; SCOTT ERDBACHER; SHANE KELLY; ROLAND SOLTESZ; ERIN BOYLAN; DAVID MIGDAL; EVAN GEORGE; SUSAN BLITCH; ALEX CARDINALE; RAYMOND BUENAVENTURA; OFFICE OF THE PUBLIC DEFENDER; DISTRICT ATTORNEY OF MONTEREY COUNTY; and DOES 1–20,<br><br>Defendants. | Case No.: 5:26-cv-12456-PCP<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER (MEDICAL CONTINUITY) AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>Assigned to: Hon. P. Casey Pitts |

Upon consideration of Plaintiffs' Second (Renewed) Emergency Ex Parte Application for Temporary Restraining Order (Medication Continuity Only), the Supplemental Declaration of Terrance Walker, the exhibits and matters of public record judicially noticed therein, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Sheriff Tina Nieto, County of Monterey, and their custodial and medical contractors are **ENJOINED** from withholding, disrupting, or interfering with the administration of psychotropic and essential medical prescriptions issued for A.B. under the CARE Act treatment plan (Case No. 26CA000005) and Sun Street Centers/Hope Housing, and shall facilitate immediate continuity of care.

**1.** This Order preserves the status quo of existing prescriptions only. It does not order any Defendant to prescribe, administer, or modify any medication, and it does not stay, enjoin, or affect any state-court criminal proceeding.

**2.** This Order is effective immediately upon service by electronic mail and shall remain in effect until the hearing on the Order to Show Cause and no longer than fourteen (14) days from entry, pursuant to Fed. R. Civ. P. 65(b)(2).

**3.** Defendants shall appear and show cause before the Hon. P. Casey Pitts on **November 12, 2026, at 10:00 a.m.**, in the San Jose Division, 280 South 1st Street, San Jose, California, why a preliminary injunction should not issue as prayed. Defendants may appear by counsel or by such electronic means as the Court may direct.

**4.** Bond is set at **$100.00** pursuant to Fed. R. Civ. P. 65(c).

**5.** Service of this Order shall be effectuated forthwith via electronic mail, and via PACER/CM-ECF upon the appearance of counsel.

IT IS SO ORDERED.

Dated: _____________________, 2026

___________________________________________

**HON. P. CASEY PITTS**

United States District Judge