TERRANCE WALKER, Pro Se / Next Friend for ward A.B.
Unit C1501, Opal Gardens, Street 20, Hiep Binh Chanh Ward
Thu Duc City, Ho Chi Minh City, Vietnam
Telephone: (775) 971-8679 | Email: walkerbillion@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TERRANCE WALKER, individually, and as Next Friend & Statutory Supporter on behalf of A.B.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; CITY OF SEASIDE; CITY OF MARINA; JEANNETTE PACIONI; CHRISTI McDONALD, individually and as Deputy County Counsel; KATY GRANT, as Court Executive Officer; TINA NIETO, as Sheriff-Coroner; RANDY HOPKINS, as Chief of Police, Marina Police Department; NICHOLAS BORGES, as Chief of Police, Seaside Police Department; TARA HIGGINS; SCOTT ERDBACHER; SHANE KELLY; ROLAND SOLTESZ; ERIN BOYLAN; DAVID MIGDAL; EVAN GEORGE; SUSAN BLITCH; ALEX CARDINALE; RAYMOND BUENAVENTURA; OFFICE OF THE PUBLIC DEFENDER; DISTRICT ATTORNEY OF MONTEREY COUNTY; and DOES 1–20,<br><br>Defendants. | Case No.: 5:26-cv-12456-PCP<br><br>SECOND SUPPLEMENTAL DECLARATION OF TERRANCE WALKER<br><br>(28 U.S.C. § 1746) — In Support of Notice of New Material Fact and Supplemental Exhibits (Exhibits 6 and 7)<br><br>Assigned to: Hon. P. Casey Pitts |

I, Terrance Walker, declare as follows:

**1.** I am the father of ward A.B., my sole son, and I submit this Second Supplemental Declaration in support of the Notice of New Material Fact and Supplemental Exhibits (Exhibits 6 and 7) filed concurrently, which supplements the Second (Renewed) Emergency Ex Parte Application for Temporary Restraining Order (Medication Continuity Only) filed October 30, 2026 (the 'Renewed Application'). I make this declaration on personal knowledge. My prior declarations, filed October 28 and October 30, 2026, are incorporated by reference.

**2.** I personally captured the screenshots attached as Exhibits 6 and 7 from the Monterey County Superior Court's official public portal (portal.monterey.courts.ca.gov) on October 30, 2026. **Exhibit 6** is the capture for Case No. 26CR009822. **Exhibit 7** consists of one capture for each of the seven remaining dockets identified in this action: 26CR006600, 26CR001517, 26CR001610, 26CR002692, 26CR003635, 26CR004170, and 26CR004171. Each register reflects the identical sequence: (a) proceedings suspended under Penal Code § 1368, recorded October 28, 2026 ('Proceedings Suspended - PC1368,' Department 02); and (b) a 'Report - Competency PC1368' calendared for December 2, 2026, at 8:30 a.m. (Department 02). The defendant's name has been redacted in the exhibits for medical privacy, as noted on the exhibits' cover pages; the unredacted originals are in my custody and will be produced to the Court on request.

**3.** As of the execution of this declaration, the psychotropic and other medications prescribed for A.B. under the CARE Act care plan (Case No. 26CA000005) remain withheld in custody, notwithstanding the state court's October 28, 2026 placement of all eight dockets on the competency track, under which evaluation and restoration proceed through psychiatric treatment.

**4.** From my review of the public registers: at least eleven attorneys have been placed on A.B.'s matters since February 5, 2026, and none filed any motion under Penal Code § 1370.01; the state court's October 28, 2026 suspensions of proceedings under Penal Code § 1368 are the first register entries suspending proceedings on the ground of competency in any of the eight dockets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2026 (Indochina Time), at Ho Chi Minh City, Vietnam.

/s/ Terrance Walker

Terrance Walker, Declarant