# EXHIBIT 6

Screenshot of the Superior Court of California, County of Monterey public case portal (portal.monterey.courts.ca.gov), Case No. 26CR009822, captured by Plaintiff on October 30, 2026.

The register reflects three entries: (1) the October 19, 2026 arraignment, with 'Not Guilty Plea Entered'; (2) the October 28, 2026 Preliminary Calendar Call, with the recorded result 'Proceedings Suspended - PC1368' (Department 02); and (3) a 'Report - Competency PC1368' calendared for December 2, 2026, at 8:30 a.m. (Department 02).

The defendant's name, appearing in the unredacted original, has been blurred in this exhibit and replaced with the notation of redaction, for medical-privacy reasons; the unredacted original is in Plaintiff's custody and will be produced to the Court on request. The case number, dates, departments, hearing types, and results remain unredacted and fully legible.

# 26CR009822

[redacted]

[DEFENDANT'S NAME REDACTED FOR MEDICAL PRIVACY]

My Case Access

CASE INFORMATION | PARTIES | HEARINGS | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Preliminary Calendar Call | Proceedings Suspended - PC1368 | |
| Department 01 | 10/19/2026 | 01:30 PM | Arraignment - Complaint | Not Guilty Plea Entered | |