# EXHIBIT 7

Seven screenshots of the Superior Court of California, County of Monterey public case portal (portal.monterey.courts.ca.gov), captured by Plaintiff on October 30, 2026 — one for each of the seven remaining dockets identified in this action: 26CR006600, 26CR004171, 26CR004170, 26CR003635, 26CR002692, 26CR001610, and 26CR001517. (The eighth docket, 26CR009822, is the subject of Exhibit 6.)

Each register reflects the identical sequence: (a) proceedings suspended under Penal Code § 1368, recorded on October 28, 2026 ('Proceedings Suspended - PC1368,' Department 02); and (b) a 'Report - Competency PC1368' calendared for December 2, 2026, at 8:30 a.m. (Department 02).

Only the defendant's name — the 'The People vs.' caption line on each capture — has been redacted (blurred, with notation), for medical-privacy reasons; the unredacted originals are in Plaintiff's custody and will be produced to the Court on request. All case numbers, dates, departments, hearing types, and results are unredacted and fully legible.

# 26CR006600

My Case Access

[illegible]

CASE INFORMATION | PARTIES | HEARINGS | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Pretrial Conference | Proceedings Suspended - PC1368 | |

## 26CR004171

My Case Access

CASE INFORMATION | PARTIES | HEARINGS | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Pretrial Conference | Proceedings Suspended - PC1368 | |

## 26CR004170

[redacted]

(DEFENDANT'S NAME REDACTED FOR MEDICAL PRIVACY)

My Case Access

CASE INFORMATION | PARTIES | **HEARINGS** | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Pretrial Conference | Proceedings Suspended - PC1368 | |

## 26CR003635

[redacted]

My Case Access

CASE INFORMATION | PARTIES | HEARINGS | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Pretrial Conference | Proceedings Suspended - PC1368 | |

## 26CR002692

My Case Access

CASE INFORMATION | PARTIES | HEARINGS | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Pretrial Conference | Proceedings Suspended - PC1368 | |

# 26CR001610

My Case Access

CASE INFORMATION | PARTIES | HEARINGS | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Preliminary Examination Setting | Proceedings Suspended - PC1368 | |

## 26CR001517

My Case Access

CASE INFORMATION | PARTIES | HEARINGS | EVENTS | PRINTABLE

Filter Table Results

| DEPARTMENT | DATE ↓ | TIME | HEARING TYPE | RESULT | DOCUMENTS |
|---|---|---|---|---|---|
| Department 02 | 12/02/2026 | 08:30 AM | Report - Competency PC1368 | | |
| Department 02 | 10/28/2026 | 10:00 AM | Pretrial Conference | Proceedings Suspended - PC1368 | |