United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRANCE WALKER,

Plaintiff,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No. 26-cv-12456-PCP

**ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 13

After the Court denied plaintiff's initial motion for a temporary restraining order, *see* Dkt. No. 12, plaintiff filed a renewed motion for a temporary restraining order. The renewed motion seeks "an order enjoining Defendants from interfering with the continuity of psychotropic and other medications currently prescribed" to plaintiff's child, A.B. Dkt. No. 13, PageID 58. Defendants are ORDERED to respond to the renewed motion for a temporary restraining order by 11:00 a.m. on Monday, November 2, 2026. Plaintiff is ORDERED to serve this order requiring a response on defendants by 3:00 p.m. Pacific time today.

**IT IS SO ORDERED.**

Dated: October 30, 2026



P. Casey Pitts
United States District Judge