TERRANCE WALKER, Pro Se / Next Friend for ward A.B.
Unit C1501, Opal Gardens, Street 20, Hiep Binh Chanh Ward
Thu Duc City, Ho Chi Minh City, Vietnam
Telephone: (775) 971-8679 | Email: walkerbillion@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TERRANCE WALKER, individually, and as Next Friend & Statutory Supporter on behalf of A.B.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; CITY OF SEASIDE; CITY OF MARINA; JEANNETTE PACIONI; CHRISTI McDONALD, individually and as Deputy County Counsel; KATY GRANT, as Court Executive Officer; TINA NIETO, as Sheriff-Coroner; RANDY HOPKINS, as Chief of Police, Marina Police Department; NICHOLAS BORGES, as Chief of Police, Seaside Police Department; TARA HIGGINS; SCOTT ERDBACHER; SHANE KELLY; ROLAND SOLTESZ; ERIN BOYLAN; DAVID MIGDAL; EVAN GEORGE; SUSAN BLITCH; ALEX CARDINALE; RAYMOND BUENAVENTURA; OFFICE OF THE PUBLIC DEFENDER; DISTRICT ATTORNEY OF MONTEREY COUNTY; and DOES 1–20,<br><br>Defendants. | Case No.: 5:26-cv-12456-PCP<br><br>CERTIFICATE OF SERVICE<br><br>(Fed. R. Civ. P. 5 — Motion for Preliminary Injunction (Arrest Verification) and for Declaratory Relief)<br><br>Assigned to: Hon. P. Casey Pitts |

I, Terrance Walker, certify as follows:

**1.** No counsel of record has appeared for any Defendant in this action.

**2.** On November 1, 2026, I served a true and correct copy of Plaintiffs' Motion for Preliminary Injunction (Arrest Verification) and for Declaratory Relief, with its incorporated verification and [Proposed] Order, on every Defendant and every official identified below, by electronic mail at the email addresses stated and by deposit in the US Mail, postage prepaid, at the physical addresses stated where indicated:

| Recipient | Service |
|---|---|
| County of Monterey (c/o County Counsel) | McDonaldC@countyofmonterey.gov |
| Monterey County Clerk-Board / County Government Center | 168 W. Alisal Street, 3rd Floor, Salinas, CA 93901 (US Mail); c/o County Counsel by email |
| City of Seaside (municipal entity) — Seaside City Clerk | 440 Harcourt Avenue, Seaside, CA 93955 (US Mail); cityclerk@ci.seaside.ca.us |
| City of Marina (municipal entity) — City Clerk, City Hall | 211 Hillcrest Avenue, Marina, CA 93933 (US Mail); cityclerk@cityofmarina.org |
| Jeannette Pacioni, Prosecutor | publicinformation@co.monterey.ca.us |
| Christi McDonald, Deputy County Counsel | McDonaldC@countyofmonterey.gov |
| Katy Grant, Court Executive Officer | katy.grant@monterey.courts.ca.gov |
| Tina Nieto, Sheriff-Coroner | nietotm@countyofmonterey.gov |
| Randy Hopkins, Chief of Police, Marina PD | rhopkins@cityofmarina.org |
| Nicholas Borges, Chief of Police, Seaside PD | nborges@ci.seaside.ca.us |
| Scott Erdbacher, former defense counsel | wselaw@sbcglobal.net |
| Shane Kelly, former defense counsel | shanekellyado@outlook.com |
| Roland Soltesz, former defense counsel | roland@solteszlaw.com |
| Erin Boylan, Deputy Public Defender | Boylanee@countyofmonterey.gov |
| David Migdal, Deputy County Counsel | MigdalD@countyofmonterey.gov |
| Evan George, Public Defender's Office | 168 W Alisal St, Salinas, CA 93901 (US Mail); c/o blitchsk@countyofmonterey.gov |
| Raymond Buenaventura, Lead Public Defender | buenaventurara@countyofmonterey.gov |
| Alex Cardinale, Appointed CARE Counsel | CardinaleWA@countyofmonterey.gov |
| Susan K. Blitch, Public Defender's Office | blitchsk@countyofmonterey.gov |
| Tara Higgins, Defense Counsel | thigginslaw@msn.com |
| Erika Ramirez, Dept. 02 Court Clerk | Erika.Ramirez@monterey.courts.ca.us |
| Superior Court Media Liaison / Administration | dl-adm-media@monterey.courts.ca.gov |
| County ADA Coordinator / Compliance | ADAHelp@countyofmonterey.gov |

| | |
|---|---|
| County Public Information Office | publicinformation@countyofmonterey.gov |
| Ian Oglesby, Mayor (City of Seaside) | ioglesby@ci.seaside.ca.us |

**3.** Immediate electronic transmission delivers actual notice to each recipient; service via US Mail was dispatched concurrently by an authorized mailing provider. Executed on November 1, 2026 (Indochina Time), at Ho Chi Minh City, Vietnam.

/s/ Terrance Walker

Terrance Walker, Pro Se