TERRANCE WALKER, Pro Se / Next Friend for ward A.B.
Unit C1501, Opal Gardens, Street 20, Hiep Binh Chanh Ward
Thu Duc City, Ho Chi Minh City, Vietnam
Telephone: (775) 971-8679 | Email: walkerbillion@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TERRANCE WALKER, individually, and as Next Friend & Statutory Supporter on behalf of A.B.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; CITY OF SEASIDE; CITY OF MARINA; JEANNETTE PACIONI; CHRISTI McDONALD, individually and as Deputy County Counsel; KATY GRANT, as Court Executive Officer; TINA NIETO, as Sheriff-Coroner; RANDY HOPKINS, as Chief of Police, Marina Police Department; NICHOLAS BORGES, as Chief of Police, Seaside Police Department; TARA HIGGINS; SCOTT ERDBACHER; SHANE KELLY; ROLAND SOLTESZ; ERIN BOYLAN; DAVID MIGDAL; EVAN GEORGE; SUSAN BLITCH; ALEX CARDINALE; RAYMOND BUENAVENTURA; OFFICE OF THE PUBLIC DEFENDER; DISTRICT ATTORNEY OF MONTEREY COUNTY; and DOES 1–20,<br><br>Defendants. | Case No.: 5:26-cv-12456-PCP<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION (ARREST VERIFICATION) AND DECLARATORY RELIEF<br><br>(Fed. R. Civ. P. 65; 28 U.S.C. § 2201; U.S. Const. amends. IV, VIII, XIV)<br><br>Assigned to: Hon. P. Casey Pitts |

Upon consideration of Plaintiffs' Motion for Preliminary Injunction (Arrest Verification) and for Declaratory Relief, the matters of public record judicially noticed therein and in the exhibits on file with Dkt. Nos. 13 and 14, and good cause appearing,

**IT IS HEREBY ORDERED** that:

**1.** Defendants, their officers, agents, employees, and successors are **ENJOINED**, pursuant to Fed. R. Civ. P. 65 and the Fourth Amendment to the United States Constitution, from arresting or detaining A.B. based on any court order or warrant unless, before or contemporaneously with the arrest, the arresting officer verifies through CLETS/ERFS or direct confirmation from the issuing court that the order or warrant is active and undismissed. Upon discovery that any such premise is void, Defendants shall release A.B. immediately.

**2.** IT IS **DECLARED**, pursuant to 28 U.S.C. § 2201, that: (a) Defendants' practice of arresting A.B. without verification of the validity of the court order or warrant relied upon violates the Fourth Amendment; (b) Defendants' practice of arresting A.B. without such verification, and of holding him past the prompt-presentment requirements of the Fourth Amendment and Penal Code § 825, violates the Fourth and Fourteenth Amendments; and (c) Defendants' withholding of prescribed psychotropic medication from A.B. in custody, and their practice of arrest and detention that predictably interrupts his prescribed medication regimen, violate the Eighth and Fourteenth Amendments. *See Estelle v. Gamble*, 429 U.S. 97, 104 (1976); *Kingsley v. Hendrickson*, 576 U.S. 389, 396–97 (2015); *Duvall v. County of Kitsap*, 260 F.3d 1164, 1170–71 (9th Cir. 2001).

**3.** This Order is directed solely at executive arrest and presentment practices and custodial medication practices. It does not stay, enjoin, supervise, or affect any state-court proceeding — all eight of which stand suspended under Penal Code § 1368, as reflected in the exhibits on file with Dkt. No. 14 — and it neither modifies nor depends upon the relief sought in Dkt. No. 13.

**4.** This Order shall remain in effect pending final judgment or further order of the Court. Bond is set at **$100.00** pursuant to Fed. R. Civ. P. 65(c).

**5.** Any request to dissolve or modify this Order shall be made on notice and a showing consistent with *Winter v. Natural Resources Defense Council*, 555 U.S. 7 (2008), and *City of Los Angeles v.*

*Lyons*, 461 U.S. 95 (1983).

IT IS SO ORDERED.

Dated: ______________________, 2026

_____________________________________________

**HON. P. CASEY PITTS**

United States District Judge