TERRANCE WALKER, Pro Se / Next Friend for ward A.B.
Unit C-1501, Opal Gardens, Street 20, Hiep Binh Chanh Ward
Thu Duc City, Ho Chi Minh City, Vietnam
Telephone: (775) 971-8679 | Email: walkerbillion@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TERRANCE WALKER, individually, and as Next Friend & Statutory Supporter on behalf of A.B.,<br><br>*Plaintiffs,*<br><br>v.<br><br>COUNTY OF MONTEREY; CITY OF SEASIDE; CITY OF MARINA; JEANNETTE PACIONI; CHRISTI McDONALD, individually and as Deputy County Counsel; KATY GRANT, as Court Executive Officer; TINA NIETO, as Sheriff-Coroner; RANDY HOPKINS, as Chief of Police, Marina Police Department; NICHOLAS BORGES, as Chief of Police, Seaside Police Department; TARA HIGGINS; SCOTT ERDBACHER; SHANE KELLY; ROLAND SOLTESZ; ERIN BOYLAN; DAVID MIGDAL; EVAN GEORGE; SUSAN BLITCH; ALEX CARDINALE; RAYMOND BUENAVENTURA; OFFICE OF THE PUBLIC DEFENDER; DISTRICT ATTORNEY OF MONTEREY COUNTY; and DOES 1–20,<br><br>*Defendants.* | ) | Case No.: 5:26-cv-12456-PCP<br><br>**NOTICE OF SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ARREST VERIFICATION) AND FOR DECLARATORY RELIEF (DKT. NO. 17)**<br><br>Assigned to: Hon. P. Casey Pitts |

1. Plaintiffs hereby file the Supplemental Declaration of Terrance Walker, with Exhibit 8 (redacted in accordance with Fed. R. Civ. P. 5.2), in support of Plaintiffs' Motion for Preliminary Injunction (Arrest Verification) and for Declaratory Relief (Dkt. No. 17), and respectfully request that the Court consider it together with that motion under Fed. R. Civ. P. 65.

2. This evidence could not have been presented with the motion because it did not yet exist. The motion was filed November 1, 2026; the jail message that is Exhibit 8 was transmitted

through the Monterey County Sheriff's Office inmate messaging system on November 2, 2026, and reached the undersigned the same day. It is submitted now — in advance of Defendants' opposition to the motion — so that the record before the Court is complete and no party can claim surprise or prejudice.

3. The declaration bears directly on the verification issue the motion presents: it documents a second warrantless arrest premised on an unverified no-contact order, and it responds to the representation in Defendant County of Monterey's most recent filing that the County "has not verified A.B.'s custodial status, medical treatment, or any other allegations" (Dkt. No. 18 at 2). The County's own messaging system confirms that status in minutes. That is a practice upheld by no civilized society — let alone in the United States under its Constitution.

Dated: November 3, 2026

Respectfully submitted,

/s/ Terrance Walker

TERRANCE WALKER, Plaintiff, individually and as Next Friend for ward A.B.