# EXHIBIT 11

Order Approving Amount of CFMG Civil Contempt Liability Settlement, Notice, and Claim Form,
*Hernandez v. County of Monterey*, No. 5:13-cv-02354-BLF (N.D. Cal.), ECF No. 1288 (filed January 26, 2026)

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,

Defendants.

Case No. 5:13-cv-02354-BLF

**~~[PROPOSED~~] ORDER APPROVING AMOUNT OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT, NOTICE, AND CLAIM FORM – REVISED**

***AS MODIFIED BY THE COURT***

# [~~PROPOSED~~] ORDER

In September 2023, the Court found Defendant California Forensic Medical Group, Inc. ("CFMG") in contempt for its noncompliance with forty-three requirements of the Settlement Agreement (Dkt. 494) and CFMG Implementation Plan (Dkt. 532) entered in this action. *See* Order Granting Plaintiffs' Motion to Enforce, Dkt. 838 at 26. The Court issued conditional civil contempt sanctions of $25,000 per noncompliant requirement that would be imposed if CFMG did not purge the contempt within six months of the Court's order. *Id.* The Court further ordered that additional $25,000 civil contempt sanctions would accrue for each noncompliant requirement after each subsequent report by the neutral monitors for medical, mental health, and dental care until CFMG reached substantial compliance with all forty three requirements for which it was found in contempt. *Id.* at 27. In October 2024, CFMG stipulated and the Court found that CFMG could not meet its burden to obtain substantial compliance in all forty-three areas within six months of the Court's contempt order. Dkt. 945 at 4, 6.

Plaintiffs and CFMG have proposed a settlement of all of CFMG's civil contempt fines arising from medical, mental health, and dental care provided by CFMG at the Monterey County Jail through the end of CFMG's contract for health care services at the Jail, which terminated on December 31, 2025. *See* Proposed Settlement of CFMG Civil Contempt Liability, Dkt. 1257-1 at 4. The settlement would resolve CFMG's civil contempt liability in exchange for a payment of $2,470,000 to be distributed as outlined below and per further orders of this Court. *Id.*

On January 15, 2026, the Court held a hearing on Plaintiffs' and CFMG's joint motion for final approval of the proposed settlement of CFMG's civil contempt fines. Having considered the parties' joint motion for final approval, the documents filed therewith, the arguments of counsel, the letters submitted by class members and other interested parties regarding the proposed settlement, and all other relevant pleadings and filings in this action, it is hereby found and ORDERED as follows:

1. The Settlement Class is defined as "all adult individuals who were incarcerated at the Monterey County Jail from May 27, 2016 to December 31, 2025." The Settlement Class is the class of individuals entitled to benefit from the civil contempt sanctions ordered by this Court in September 2023 (Dkt. 838) and from the proposed settlement thereof.

2. Kroll Settlement Administration LLC ("Kroll") is designated as the settlement administrator for the proposed settlement of CFMG's civil contempt liability.

3. The requirements of Federal Rule of Civil Procedure 23 do not apply to the notice and approval of the proposed settlement of CFMG's civil contempt liability. However, given the amount of civil contempt sanctions at issue, the Court finds it appropriate to evaluate whether to approve the proposed settlement under the standards set forth in Federal Rule of Civil Procedure 23(e). *See* Dkt. 993 (making similar finding with regard to notice of proposed settlement).

4. The payment of $2,470,000 required by the proposed settlement is adequate to provide compensation for CFMG's civil contempt liability, taking into account the strength of the class's claims, the defenses that would likely be asserted if CFMG's liability for civil contempt fines were litigated, and the risk, expense, complexity, and likely duration of litigation of CFMG's civil contempt liability. *See* Fed. R. Civ. P. 23(e)(2)(C). This payment amount is approved as a fair and adequate settlement of CFMG's liability for civil contempt sanctions.

5. Following this Order, CFMG shall begin to make payments toward this settlement amount. In accordance with the terms of the proposed settlement, Dkt. 1257-1 at 4–5, CFMG will issue these payments in three installments of $620,000 and one installment of $610,000, to be paid within 30 days, 60 days, 90 days, and 120 days of the entry of this Order, or on a more expeditious timeline if agreed upon by the parties. CFMG will direct these payments to Kroll, the designated settlement administrator.

6. Kroll will provide notice to the Settlement Class in through a variety of methods, including the methods described in the Declaration of Scott M. Fenwick

submitted concurrently with the parties' joint motion for final approval. *See* Dkt. 1257-3 ¶¶ 6–18. As described by Mr. Fenwick, Kroll will: (1) publish a summary of the *Notice of Settlement and Claim Process* in the publications *Prison Legal News*, *Carmel Pine Code*, *Monterey County Herald*, *Monterey County Weekly*, *Salinas Californian*, and *Salinas Valley Tribune*; (2) implement an online media campaign targeted to appropriate demographics in Monterey County, California; (3) issue press releases regarding the *Notice of Settlement and Claim Process*; (4) create a dedicated settlement website; (5) and establish a toll-free telephone number for the settlement. In addition, Kroll shall: (6) circulate copies of the *Notice of Settlement and Claim Process* to churches and community organizations known to serve populations that include persons formerly detained or incarcerated at the Monterey County Jail; and (7) make copies of the *Notice of Settlement and Claim Process* available to inmates of state prisons known to house persons formerly detailed or incarcerated at the Monterey County Jail.

7. The period of time for members of the Settlement Class to submit claims for payments from the settlement fund shall run for 60 days. Additional claims periods may follow as needed by further order of the Court.

8. The *Notice of Settlement and Claim Process* and the *Claim Form* attached as exhibits to this Order are hereby approved and may be used in the attached form or in a substantially similar form to provide notice of the settlement and to receive claim submissions from the Settlement Class. The County of Monterey and the Monterey County Sheriff's Office shall ensure that all adult individuals incarcerated at the Monterey County Jail during the notice period receive notice of the settlement and are afforded an opportunity to submit a claim.

9. Consideration of all other issues related to the proposed settlement, including final approval of the settlement, is continued and shall be addressed at the hearing scheduled to take place at 9:00 a.m. on March 26, 2026.

IT IS SO ORDERED.

DATED: January 26, 2026

Honorable Beth Labson Freeman
United States District Judge

# Exhibit A

# NOTICE OF SETTLEMENT AND CLAIM PROCESS

## CFMG Contempt Fines – *Hernandez v. County of Monterey*

**If you were incarcerated at the Monterey County Jail between May 27, 2016 and December 31, 2025, a settlement may provide you with money. Please read this notice to learn more and submit a claim.**

*Hernandez v. County of Monterey* is a class action lawsuit about conditions at the Monterey County Jail (the "Jail"). In September 2023, the Court found the Jail's health care provider California Forensic Medical Group, Inc. ("CFMG") in contempt for violating Court orders about medical, mental health, and dental care.

CFMG has agreed to pay **$2,470,000** to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Period") to compensate for its violations of Court orders about minimum standards of care at the Jail. This settlement is **only** about CFMG's liability for contempt for violating the Court's orders. The settlement does **not** compensate people for personal medical conditions, and it does **not** affect any individual claims you might have about health issues or injuries you may have experienced at the Jail.

**If you were incarcerated at the Jail between May 27, 2016 and December 31, 2025**, you can submit a claim online at [url] or submit a paper claim form by mail to *Hernandez v. County of Monterey* c/o Kroll Settlement Administration LLC, P.O. Box XXX, New York, NY 10150. You can call [phone # for settlement hotline] to request a paper claim form.

To receive money, you must make a claim by [date]. If you are currently incarcerated, you can request that the money be sent to an address outside the Jail.

### ***How much money will I receive?***

It is estimated that the minimum amount each person will receive may be as much as **$110**, depending on how many valid claims are submitted. This minimum amount will be the full payment if you were incarcerated for 10 days or fewer during the Settlement Period. If you were incarcerated for more than 10 days, you will receive an additional payment based on the number of days you were incarcerated.

The exact amount that each person receives may be changed by a further order of the Court once the number of valid claims is known.

### ***How can I learn more and submit a claim?***

**For more information**, go to the settlement website at [url]. The website has links to the settlement documents and claim form. You can also call [phone # for settlement hotline] or contact the attorneys who represent incarcerated people in this case at Rosen Bien Galvan & Grunfeld, LLP, P.O. Box 390, San Francisco, CA 94104.

# Exhibit B

| | | |
|---|---|---|
| **Your claim must be submitted online or <u>postmarked by</u>: [DATE]** | **<u>CLAIM FORM</u>**<br>*Jesse Hernandez, et al., v. County of Monterey, et al.*<br>Case No.: 13-cv-02354-BLF<br>United States District Court<br>Northern District of California San Jose Division | |

## <u>GENERAL INSTRUCTIONS</u>

California Forensic Medical Group, Inc. has agreed to pay $2,470,000 to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Class") to compensate for its violations of Court orders about minimum standards of care at the Jail. As an adult who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025, you may submit a claim for compensation from the Settlement fund as outlined below. Please refer to the Detailed Notice posted on the Settlement Website, **www.XXXXXXXXX.com** for more information on submitting a Claim Form.

**<u>To receive benefits from this Settlement, you must submit a Claim Form by [DATE].</u>**

To receive a payment, you must submit a Claim Form online via the Settlement Website at **www.XXXXXXXXX.com** <u>or</u> complete and mail a paper Claim Form to the address below by **DATE**. If you choose to complete a paper Claim Form, please type or legibly print all requested information in blue or black ink. Mail your completed Claim Form by first-class mail to:

*Hernandez v. County of Monterey*
c/o Kroll Settlement Administration LLC
P.O. Box XXX
New York, NY 10150-XXXX

If you are currently incarcerated at the Monterey County Jail, the Jail will notify you about how to submit a Claim Form, including whether you can submit a Claim Form on your tablet by visiting the Settlement Website at **www.XXXXXXXXX.com**. If you are not able to submit a Claim Form on your tablet, paper copies of the Claim Form will be provided to you and will be collected by Jail staff. If you are able to submit a Claim Form on your tablet, you do <u>not</u> need to submit a paper Claim Form as well to receive a payment from the Settlement fund.

**<u>You may submit a claim for the following compensation:</u>**

All members of the Settlement Class are eligible to receive payments from the Settlement fund. Each claimant who is determined by the Settlement administrator to be a member of the Settlement Class will receive a fixed minimum amount from the Settlement fund. People who were incarcerated for more than 10 days during the period of May 27, 2016 to December 31, 2025 (the "Settlement Period") will receive an additional amount based on the number of days the claimant was incarcerated at the Jail. The amounts of the minimum award and additional payments based on length of incarceration will be determined based on the number of claims received.

To the extent feasible, any unclaimed amount of the Settlement fund at the conclusion of the claims period may be distributed proportionately to all members of the Settlement Class who submitted valid claims.

## I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. To ensure that you receive your payment from the Settlement fund, you must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

______________________________ ______________________________
**First Name** **Last Name (at time of incarceration)**

______________________________________________________________
**Address 1**

______________________________________________________________
**Address 2**

________________________________________ ____ ____ ____ ____ ____ ____ ____
**City** **State** **Zip Code**

**Telephone Number (optional): ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ _____**

## II. PROOF OF SETTLEMENT CLASS MEMBERSHIP

Provide one or more of the following details to support membership in the Settlement Class.

__________________________________
**Booking Number**

__________________________________
**Year of Most Recent Release from the Monterey County Jail**

__________________________________
**Approximate Number of Days Incarcerated at the Monterey County Jail from May 27, 2016 to December 31, 2025**

☐ Check this box to certify that you are an adult individual who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025.

## III. PAYMENT SELECTION

If you would like to elect to receive your Settlement money through electronic transfer, please visit the Settlement Website and timely file your Claim Form. Valid claims submitted using a paper Claim Form will be paid by check to the address provided by the claimant.

Claimants who are currently incarcerated may elect to have their award sent to an address outside the Jail or may designate another individual to receive the funds on their behalf.

☐ I am currently incarcerated and want to have my award sent to an alternative address as outlined below.

______________________________ ________________________________________
**Designated Payee First Name** **Designated Payee Last Name**

______________________________________________________________________
**Designated Payee Address 1**

______________________________________________________________________
**Designated Payee Address 2**

________________________________________ ____ ____ ____ ____ ____ ____ ____
**Designated Payee City** **State** **Zip Code**

## IV. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

______________________________________ ____ ____ / ____ ____ / ____ ____ ____ ____
**Signature** **Date**

______________________________________
**Print Name**