UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRANCE WALKER,
Plaintiff,

v.

COUNTY OF MONTEREY, et al.,
Defendants.

Case No. 26-cv-12456-PCP

**ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER, MOTION FOR PRELIMINARY INJUNCTION**

Re: Dkt. Nos. 13, 17

Plaintiff Terrance Walker has moved for a temporary restraining order, requesting that the Court "enjoin[] Defendants from interfering with the continuity of psychotropic and other medications currently prescribed" to plaintiff's child, A.B. Dkt. No. 13, PageID 58. The Court ordered defendants to respond to plaintiff's motion, and the County of Monterey filed a response on November 2, 2026. *See* Dkt. No. 18. The County indicated that due to the abbreviated timeline, it did not have "an opportunity to investigate Plaintiff's allegations concerning the withholding of medications from A.B.," nor the opportunity to verify "A.B.'s custodial status, medical treatment, or … other allegations." Dkt. No. 18, PageID 132. The County is ORDERED to file a further response to the motion for a temporary restraining order by 5:00 p.m. on Friday, November 13, 2026. To the best of the County's ability, the County shall respond to plaintiff's allegations concerning A.B.'s custodial status, A.B.'s medical treatment, and any withholding of medication.

Further, on November 1, 2026, plaintiff moved for a preliminary injunction and noticed a hearing on the motion for November 30, 2026. Dkt. No. 17. Plaintiff's motion did not comply with the requirement that noticed motions be scheduled at least 35 days in advance. Civ. Loc. R. 7-2(a). Accordingly, the Court resets the hearing on plaintiff's motion for a preliminary injunction to 3:00 p.m. on December 10, 2026.

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: November 5, 2026

P. Casey Pitts
United States District Judge