# EXHIBIT T

Email thread of March 19·20, 2026 (Cardinale·Walker)

Ward·s name and email address redacted · identified as ·A.B.·

Gmail Terrance Walker <walkerbillion@gmail.com>

## Hearing Update: Case 26CA000005 | SB 1400 Bridge for Criminal Cases

**Cardinale, W. Alex C.** <CardinaleWA@countyofmonterey.gov> Fri, Mar 20, 2026 at 2:21 PM
To: Terrance Walker <walkerbillion@gmail.com>, A.B. <[email redacted] >

He will have counsel. Monday I don't happen to be there myself to get the warrant recalled but my college will be and possibly the County Counsel. I told him to also possibly bring his new Help housing social worker. After Monday the warrants will be recalled, the cases will be assigned to an attorney that will follow them through their journey through the courts, there are a few steps before the ones you mention and it won't be my case but that's where it seemly likely it will go

Sent via the Samsung Galaxy Z Fold7, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Terrance Walker <walkerbillion@gmail.com>
**Sent:** Thursday, March 19, 2026 8:12:36 PM
**To:** Cardinale, W. Alex C. <CardinaleWA@countyofmonterey.gov>; A.B. <[email redacted] >
**Subject:** Re: Hearing Update: Case 26CA000005 | SB 1400 Bridge for Criminal Cases

A.B. 's tribe isn't well funded but being Native American would entitle him to get additional support from indian health services.

If the court is considering jail time A.B. has a sixth amendment right to counsel and they should be appointing an attorney pronto unless they are planning on violating his rights further.

I am unclear as to why you would know that you are not going to be appointed or why you wouldn't insist on the Cares Act intervention via SB 1400 and SB 27. If your department isn't going to apply the law to benefit my son, then perhaps you should have told me that and I would've stepped up the process. If this is the reason that they judge said i should step back and let the "benevolent" US system further abuse my son, then you all have another thing coming

Respectfully
Terrance

On Fri, Mar 20, 2026 at 8:26 AM Cardinale, W. Alex C. <CardinaleWA@countyofmonterey.gov> wrote:

> We located a felony and a misdemeanor and they are on Monday for returns on the warrants. We at the PD will not be representing him on these but will be collaborative with the assigned counsel. Kelly Duncan, whom you are familiar with has some of his cases also.
>
> I mentioned that we have attempted to engage and invite the tribe because you mentioned it. I actually spoke with a tribal attorney and indicated a tribal representative who did not have to be an attorney could participate nearly a month ago, and he said he'd meet with the appropriate leaders and get back to me. They were also sent formal notice with email instructions. We would very much welcome the Tribe's formal input.
>
> Goodnight!
> Alex

**From:** Terrance Walker <walkerbillion@gmail.com>
**Sent:** Thursday, March 19, 2026 3:20:13 PM
**To:** Cardinale, W. Alex C. <CardinaleWA@countyofmonterey.gov>; A.B.
<[email redacted] >
**Subject:** Re: Hearing Update: Case 26CA000005 | SB 1400 Bridge for Criminal Cases

Alex,
I appreciate that you appreciate my concern and thoughts but that didn't address the two new misdemeanors. Will these be handled under SB 1400 and PC 1370.01 or not? I didn't mention anything about the tribe so I am not understanding why you mentioned them.
Regards,
Terrance

On Fri, Mar 20, 2026 at 5:00 AM Cardinale, W. Alex C. <CardinaleWA@countyofmonterey.gov> wrote:

> I haven't left court where I was there with you, the lady in the black jacket sitting next to your son.
>
> I did try to get the tribe to come join us but they didn't.
>
> I appreciate your concern and thoughts.
>
> Have a good weekend.
>
> Alex
>
> ---
>
> **From:** Terrance Walker <walkerbillion@gmail.com>
> **Sent:** Thursday, March 19, 2026 2:23 PM
> **To:** Cardinale, W. Alex C. <CardinaleWA@countyofmonterey.gov>; A.B.
> <[email redacted] >
> **Subject:** Hearing Update: Case 26CA000005 | SB 1400 Bridge for Criminal Cases
>
> Hi Alex,
>
> I just finished the 1:30 PM hearing with Judge Mineta. The court formally found that the investigation report supports a **prima facie showing** for the CARE Act (Case No. 26CA000005).
>
> Specifically, the report confirms:
>
> - **Clinical Criteria Met:** A.B. has been diagnosed with **Brief Psychotic Disorder with catatonia** as of January 2026.
> - **Stabilization Progress:** He is currently at **Manzanita House** and shows **78% medication adherence**
> - **Nexus to Criminal Acts:** The investigator noted his psychiatric presentation "significantly impairs his ability to maintain safety".
>
> Based on this, I am requesting that you move to have cases **26CR001610** and **26CR001517** formally bridged under **SB 1400** and **PC 1370.01**. Since he is already in a stabilized treatment environment, we should be seeking a stay of those criminal proceedings pending his 6-month successful participation in the CARE Plan.
>
> I really don't understand the judge's call to STEP BACK. That's never worked for my son before. Furthermore, that's not our culture. As my son is Native American and I am African American, **we get involved**, especially when a system is TARGETING our people instead of using existing laws to recognize a crisis and help. There's really no excuse for the Seaside/Monterey establishment to have waited this long -- for someone to have to **INTERVENE from Vietnam.** Furthermore, as a supporter, there's no STEP BACK provision so I will not be STEPPING BACK. I will be here to ENSURE that my son receives the help he is legally entitled to, instead of targeted, jailed, returned to the

street, having his belongings (and money ) stolen, and treated like dirt when the police are SUPPOSED to be trained to recognize someone in a mental health crisis.

A.B. SHOULD have an attorney in those cases (**26CR001610** and **26CR001517**) since he was in crisis and has been diagnosed as such during those periods. He shouldn't have to deal with those cases at this time.

Please let me know when you plan to bring this before the criminal judge so I can arrange to attend.

Best regards,

Terrance Walker