# EXHIBIT U

Email thread, T. Higgins·Walker, October 28·November 4, 2026

Ward·s name redacted · identified as ·A.B.·

Gmail

Terrance Walker <walkerbillion@gmail.com>

## Re: SERVICE OF SUPPLEMENTAL RESPONSE TO FEDERAL COURT ORDER and INJUNCTION MOTION: Walker v. County of Monterey, Case No. 5:26-cv-12456-PCP (Dkt. No. 15 - Response Ordered by Nov 2, 11 AM)

**Tara Higgins** <thigginslaw@msn.com> Wed, Nov 4, 2026 at 6:21 AM
To: Terrance Walker <walkerbillion@gmail.com>

I do not consent to service by email. You have not validly served me as you must make 3 good faith attempts by process server before effecting service by substituted service. I've received nothing in the mail. Your son is not a ward- he's an adult. A warrant is not needed as your son was arrested for allegedly committing a felony domestic violence crime and now he has another cpo. He is being given medication in jail per your son. I declared a doubt as to his competency and he will be evaluated. I will use that evaluation to get him into felony mental health diversion as i believe there is a nexus between A.B. 's mental health and his alledged criminal acts. He is still part of Care court and housing is current. Thats the only info you're getting from me. You have no standing to litigate anything on behalf of your son and i won't be bullied by a person who is completely ignorant of criminal law. This comes from a lawyer who has been practicing for 40 years and is zealously protecting the legal rights of A.B. . Do not email me again.

Tara A. Higgins
Attorney at Law

> On Nov 3, 2026, at 10:04 AM, Terrance Walker <walkerbillion@gmail.com> wrote:
>
> TO ALL DEFENDANTS AND COUNSEL OF RECORD:
>
> PLEASE TAKE NOTICE that on November 4, 2026, Plaintiff filed in the above-captioned action:
>
> 1. Notice of Supplemental Authority and Supplemental Brief in Support of the Second (Renewed) Emergency Ex Parte Application for Temporary Restraining Order (Dkt. No. 13) and the Motion for Preliminary Injunction (Dkt. No. 17);
> 2. Declaration of Terrance Walker in support thereof; and
> 3. Exhibits 9 through 13.
>
> True and correct copies accompany this transmission. Service is effected by this email and by U.S. Mail per the Certificate of Service filed concurrently.
>
> Exhibits 9–11 are orders of this District in Hernandez v. County of Monterey, No. 5:13-cv-02354-BLF, including the order adjudicating the Monterey County Jail's healthcare contractor in civil contempt of forty-three requirements concerning medical, mental-health, and dental care (ECF No. 838), and the order approving the $2,470,000 contempt settlement covering violations through December 31, 2025 (ECF No. 1288).
>
> Exhibits 12–13 establish that every Defendant — including the County Counsel's Office at its own email addresses — received the renewed application and the Court's October 30 Order (Dkt. No. 15) on October 30, 2026, Pacific time.
>
> TAKE FURTHER NOTICE: the record on claimed institutional ignorance is now closed. Any further representation that the County "has not verified," cannot locate, or lacks knowledge of A.B.'s custodial status or medical treatment will be made in the teeth of Exhibits 9 through 11. Any repetition of the claim that this action was discovered by chance through PACER will be made in the teeth of Exhibits 12 and 13. Certifications to the Court are personal to each signer. Fed. R. Civ. P. 11; Pavelic & LeFlore v. Marvel Entertainment Group, 493 U.S. 120, 126 (1989). Contempt and
> sanctions can follow.
>
> Govern yourselves accordingly.
>
> /s/ Terrance Walker
> Terrance Walker, Pro Se
> Next Friend & Statutory Supporter for ward A.B.
> walkerbillion@gmail.com<mailto:walkerbillion@gmail.com> | (775) 971-8679
>
> On Tue, Nov 3, 2026 at 3:44 AM Terrance Walker <walkerbillion@gmail.com<mailto:walkerbillion@gmail.com>> wrote:
> TO ALL DEFENDANTS AND COUNSEL OF RECORD:

>
> PLEASE TAKE NOTICE that attached is Plaintiff's Reply to the Response
> of the County,
>
> Attached to this transmission is a conformed copy of the Court's Order (Dkt. No. 19).
>
> Respectfully submitted,
>
> /s/ Terrance Walker
> Terrance Walker, Pro Se
> Next Friend & Statutory Supporter for ward A.B.
> walkerbillion@gmail.com<mailto:walkerbillion@gmail.com> | (775) 971-8679<tel:(775)%20971-8679>
>
> On Sat, Oct 31, 2026 at 4:50 AM Terrance Walker <walkerbillion@gmail.com<mailto:walkerbillion@gmail.com>> wrote:
> TO ALL DEFENDANTS AND COUNSEL OF RECORD:
>
> PLEASE TAKE NOTICE that on October 30, 2026, the Honorable P. Casey Pitts, United States District Judge for the Northern District of California, issued the attached ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER in Case No. 5:26-cv-12456-PCP (Dkt. No. 15).
>
> Pursuant to the express terms of the Court's Order:
>
> 1. Defendants are ORDERED to respond to Plaintiffs' Renewed Motion for Temporary Restraining Order (Medication Continuity Only, Dkt. No. 13) by 11:00 a.m. Pacific Time on Monday, November 2, 2026.
> 2. Plaintiff is ORDERED to effectuate service of this Order on Defendants today, October 30, 2026.
>
> Attached to this transmission is a conformed copy of the Court's Order (Dkt. No. 15), as well as Plaintiffs' Certificate of Expedited Service.
>
> Respectfully submitted,
>
> /s/ Terrance Walker
> Terrance Walker, Pro Se
> Next Friend & Statutory Supporter for ward A.B.
> walkerbillion@gmail.com<mailto:walkerbillion@gmail.com> | (775) 971-8679<tel:(775)%20971-8679>
>
> On Fri, Oct 30, 2026 at 11:44 AM Terrance Walker <walkerbillion@gmail.com<mailto:walkerbillion@gmail.com>> wrote:
> To all recipients:
> Please take notice that on October 30, 2026, Plaintiffs Terrance Walker and ward A.B. filed in the United States District Court, Northern District of California, San Jose Division (Case No. 5:26-cv-12456-PCP, the Honorable P. Casey Pitts), a Second (Renewed) Emergency Ex Parte Application for a Temporary Restraining Order under Fed. R. Civ. P. 65 and 42 U.S.C. § 1983.
> The renewed application is deliberately narrowed to a single form of relief following the Court's October 29, 2026 Order (Dkt. No. 12): an order enjoining interference with the continuity of psychotropic and essential medications prescribed for A.B. under his CARE Act treatment plan (Monterey County Superior Court Case No. 26CA000005). It does not seek any stay of any state-court proceeding.
> This transmission is made pursuant to Fed. R. Civ. P. 65(b)(1)(B), concurrently with the filing of the application, so that each recipient has immediate actual notice and a full opportunity to respond and appear.
> Accompanying this email are true and correct copies of the application, the Supplemental Declaration of Terrance Walker, the Certificate of Concurrent Service, the Proposed Order, and Exhibits 1 through 5.
> If you are not named in the caption of the application, you are not a party to this action; this notice is provided to you because of your office, your prior involvement, or your receipt of related correspondence.
> Dated: October 30, 2026 (Indochina Time)
> Terrance Walker, Pro Se / Next Friend for ward A.B. walkerbillion@gmail.com<mailto:walkerbillion@gmail.com> | (775) 971-8679<tel:(775)%20971-8679>
>
> On Wed, Oct 28, 2026 at 3:37 PM Terrance Walker <walkerbillion@gmail.com<mailto:walkerbillion@gmail.com>> wrote:
> To all recipients:
> Please take notice that on October 28, 2026, Plaintiffs Terrance Walker and ward A.B. filed in the United States District Court, Northern District of California, San Jose Division (Case No. 5:26-cv-12456-SVK, Judge Susan van Keulen) an Emergency Ex Parte Application for Temporary Restraining Order under Fed. R. Civ. P. 65 and 42 U.S.C. § 1983.
> The application seeks, among other relief, an immediate stay of all criminal proceedings against A.B. in Monterey County Superior Court Case Nos. 26CR009822, 26CR006600, 26CR001517, 26CR001610, 26CR002692, 26CR003635, 26CR004170, and 26CR004171, including settings of October 28 and October 30, 2026, and an order preserving the

continuity of A.B.'s prescribed medications.
> This transmission is made pursuant to Fed. R. Civ. P. 65(b)(1)(B) concurrently with the filing of the application. You are each invited to review the application, respond, and appear, including at the state-court settings referenced above and any hearing the federal court may set.
> A true and correct copy of the application, supporting declaration, certificate of concurrent service, proposed order, and Exhibit 1 accompanies this email.
> If you are not listed on the caption, you are not a party.....yet.
> Dated: October 28, 2026 (Indochina Time)
> Terrance Walker, Pro Se / Next Friend for ward A.B. walkerbillion@gmail.com<mailto:walkerbillion@gmail.com> | (775) 971-8679<tel:(775)%20971-8679>