TERRANCE WALKER, Pro Se / Next Friend for ward A.B.
Unit C1501, Opal Gardens, Street 20,
Hiep Binh Chanh Ward, Thu Duc City,
Ho Chi Minh City, Vietnam
Telephone: (775) 971-8679 | Email: walkerbillion@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TERRANCE WALKER, individually, and as Next Friend & Statutory Supporter on behalf of A.B., *Plaintiffs,* | ) Case No.: 5:26-cv-12456-PCP |
| v. | ) CERTIFICATE OF SERVICE RE PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY RELIEF (DKT. 17) |
| COUNTY OF MONTEREY, et al., *Defendants.* | ) Assigned to: Hon. P. Casey Pitts |

I, Terrance Walker, declare: I am over the age of 18 and not represented by counsel in this action. On November 17, 2026, I served a true copy of PLAINTIFFS' OMNIBUS REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY RELIEF (DKT. 17) on the persons listed below by electronic transmission to the email addresses shown — and, as to the parties who have appeared through counsel (County of Monterey, Dkt. 33; City of Seaside and Chief Borges, Dkt. 36; City of Marina, Dkt. 38, 39), through the Court's CM/ECF system as well — and by United States Mail where a physical address is shown.

| | |
|---|---|
| County of Monterey (appeared through counsel — Aerin C. Murphy & Samuel B. Beiderwell, Deputy County Counsel) | MurphyAC@countyofmonterey.gov; BeiderwellSB@countyofmonterey.gov (also served via CM/ECF) |
| City of Seaside and Chief Nicholas Borges (appeared through counsel — Sheri L. Damon, City Attorney) | sdamon@seasideca.gov (also served via CM/ECF) |
| City of Marina (appeared through counsel — Dkt. 38, 39) | zinn@smwlaw.com; breckenridge@smwlaw.com (also served via CM/ECF) |
| Christi McDonald, Deputy County Counsel | McDonaldC@countyofmonterey.gov |
| Jeannette Pacioni, District Attorney | publicinformation@co.monterey.ca.us |
| Stephanie Zamora, Deputy District Attorney | c/o Monterey County District Attorney's Office: publicinformation@co.monterey.ca.us |

| | |
|---|---|
| City of Seaside — City Attorney | cityattorney@seasideca.gov |
| City of Marina — City Clerk | cityclerk@cityofmarina.org |
| City of Marina (A. Shepherd; B. Delgado) | ashepherd@cityofmarina.org; bdelgado62@cityofmarina.org |
| Katy Grant, Court Executive Officer | katy.grant@monterey.courts.ca.gov |
| Tina Nieto, Sheriff-Coroner | nietotm@countyofmonterey.gov |
| Randy Hopkins, Chief of Police, Marina PD | rhopkins@cityofmarina.org |
| Nicholas Borges, Chief of Police, Seaside PD | nborges@ci.seaside.ca.us |
| Jose-Luis Zamudio, Officer, Seaside PD | jzamudio@ci.seaside.ca.us |
| Scott Erdbacher, former defense counsel | wselaw@sbcglobal.net |
| Shane Kelly, former defense counsel | shanekellyado@outlook.com |
| Roland Soltesz, former defense counsel | roland@solteszlaw.com |
| Erin Boylan, Deputy Public Defender | Boylanee@countyofmonterey.gov |
| Debra Kanevsky Migdal, Public Defender's Office | MigdalD@countyofmonterey.gov |
| Evan George, Public Defender's Office | GeorgeES@countyofmonterey.gov |
| Susan Blitch, County Counsel | blitchsk@countyofmonterey.gov; US Mail: 168 W. Alisal St., 3rd Fl., Salinas, CA 93901 |
| Raymond Buenaventura, Lead Public Defender | buenaventurara@countyofmonterey.gov |
| Alex Cardinale, appointed CARE counsel | CardinaleWA@countyofmonterey.gov |
| Tara Higgins, defense counsel | thigginslaw@msn.com |
| County ADA Coordinator / Compliance | ADAHelp@countyofmonterey.gov |
| County Public Information Office | publicinformation@countyofmonterey.gov |
| Ian Oglesby, Mayor, City of Seaside | ioglesby@ci.seaside.ca.us |

I declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing is true and correct. Executed on November 17, 2026.

/s/ Terrance Walker

___________________________

Terrance Walker